IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:      THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| TRANSPACIFIC STEEL LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 21-00362 |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

Pursuant to Rules 7(b)(1) and 41(a)(2) of the Rules of this Court, plaintiff, Transpacific Steel LLC, and defendant, the United States, respectfully request that the Court enter the stipulated judgment filed concurrently with this motion. We are filing a confidential version of the stipulated judgment with a public version forthcoming.

The parties notify the Court that they have reached an agreement to resolve this matter without further litigation.  The parties contemplate that, by entry of the stipulated judgment, this matter will be concluded, the case dismissed, and no further Court involvement will be required, except as may be necessary to ensure that the refunds have been paid in accordance with ¶ 12 of the stipulated judgment.

WHEREFORE, the parties respectfully request that the Court enter the accompanying stipulated judgment.

Respectfully submitted,

**/s/ Matthew M. Nolan**
Matthew M. Nolan
Robert Shervette
Leah N. Scarpelli

ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
202-857-6013

July 29, 2022                          Attorneys for Plaintiffs


– and –


BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

**/s/ Aimee Lee**
AIMEE LEE
TARA K. HOGAN
Assistant Directors
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480,
Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 307-0184
Email: Aimee.Lee@usdoj.gov

July 29, 2022                          Attorneys for Defendant

2

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:      THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| TRANSPACIFIC STEEL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | )      Court No. 21-00362 |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **STIPULATED JUDGMENT**

This action is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.      Plaintiff Transpacific Steel LLC is a United States importer of galvalume coated and galvalume pre-painted steel coils.

2.      Transpacific imported into the United States steel articles that were subject to tariffs of 25 and 50 percent pursuant to presidential action under Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862, under *Proclamation 9705 of March 8, 2018 Adjusting Imports of Steel Into the United States*, 83 Fed. Reg. 11,625 (Mar. 15, 2018) (imposing section 232 duty of 25 percent on steel articles) and *Proclamation 9772 of August 10, 2018, Adjusting Imports of Steel Into the United States*, 83 Fed. Reg. 40,429 (Aug. 15, 2018).

3.      Pursuant to the exclusion process directed by the President in *Proclamation 9705*, Transpacific submitted to the Department of Commerce (Commerce) three requests for exclusions from the section 232 duties of imports of hot dipped galvalume prepainted steel coil. Pursuant to this exclusion process, U.S. Customs & Border Protection (CBP) is responsible for

determining whether the Harmonized Tariff Schedule (HTS) code provided in the request is accurate.

4.      For each of these three requests, Transpacific identified the relevant HTS classification number subheading as 7210.70.8090, which is not a recognized US HTS classification code.

5.      USHTS 7210.70.6090 covers "Flat-rolled products of iron or non-alloy steel, of a width of 600 mm or more, clad, plated or coated: Painted, varnished, or coated with plastics: Other: Other."

6.      On November 13, 2019 and January 3, 2020, Commerce granted exclusions for all three requests, assigning them exclusion numbers: BIS-2018-0006-107281, BIS-2018-0006-107316, and BIS-2018-0006-107295.  Each of Commerce's decision memoranda listed the HTSUS code for the granted exclusion requests as 7210.70.8090.

7.      Transpacific attempted to register the exclusions in CBP's Automated Commercial Environment (ACE), but was unable to successfully do so, because HTSUS 7210.70.8090 is not a recognized HTS classification code.

8.      Through informal and administrative procedures, Transpacific attempted to resolve the HTS discrepancy so that it could use the three granted exclusions on its imports of hot dipped galvalume prepainted steel coil.  These attempts to resolve the HTS discrepancy included filing three additional exclusion requests, which Commerce denied.  Those exclusion requests were assigned the following numbers: 68591, 68596, and 68599.

9.      Transpacific filed this suit after it was unable to obtain a satisfactory resolution from the United States.

10.     Without admitting liability or otherwise, the parties have agreed to settle all of Transpacific's claims regarding the imported merchandise subject to the exclusion requests at issue in this action, including any claims that Transpacific could have been brought against the United States under any jurisdictional provision of 28 U.S.C. § 1581, relating to the exclusions and entries at issue.  That settlement has been reached pursuant to the Department of Justice's inherent and statutory authority to compromise and settle litigation and has been approved by the Attorney General's authorized representative.

11.     The United States, acting through U.S. Customs & Border Protection, shall reliquidate without assessment of section 232 duties, the entries identified on Attachment A, attached to this stipulated judgment.  The entries identified on Attachment A were liquidated between November 17, 2021 and December 3, 2021.

12.     Refunds payable by reason of this judgment are to be paid with interest provided for by law.

13.     Any section 232 duties assessed on any liquidated entries identified in Attachment B will be final and non-protestable.

14.     Transpacific waives any right to appeal, challenge, or to make any claim against the defendant with respect to or arising from the exclusion requests identified in paragraphs 6 and 8, or the entries identified in Attachments A and B, other than a claim by motion or otherwise that reliquidation has not occurred in the time or manner provided for in this Stipulated Judgment, the Order Of Judgment By Stipulation, and/or the Settlement Agreement.

WHEREFORE, plaintiff Transpacific Steel and defendant, the United States, respectfully request that the Court enter the accompanying proposed judgment in accordance with the parties' negotiated agreement and the preceding stipulation.

3

Respectfully Submitted,


**/s/ Matthew M. Nolan**
Matthew M. Nolan
Robert Shervette
Leah N. Scarpelli
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006-5344
Tele: (202) 857-6013

*Attorneys for Plaintiff Transpacific Steel, LLC*


-and-

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Aimee Lee
AIMEE LEE
TARA K. HOGAN
Assistant Directors
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington DC 20044
Tele: (202) 616-2228
Email: Tara.Hogan@usdoj.gov
        Aimee.Lee@usdoj.gov

July 29, 2022                    *Attorneys for Defendant United States*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRANSPACIFIC STEEL LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant. ) | Court No. 21-00362 |

<u>JUDGMENT</u>

Pursuant to U.S. Court of International Trade Rule 54, and upon consideration of the stipulation by plaintiff and defendant, and no party having filed an objection, now, in accordance with said stipulation,

ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above; and it is further

ORDERED that this action is dismissed with prejudice and each party shall bear their own attorney fees, costs, and expenses.

Date: July ___, 2022                    _____
      New York, NY                                JUDGE

# PUBLIC ATTACHMENT A

**Attachment A**

| Entry Summary Number | Entry Summary Line Number | Line Tariff Goods Value Amount | Line Tariff Duty Amount |
|---|---|---|---|
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ██████ | █████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ██████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ████████ | ██████ |
| ███████ | █ | ██████ | █████ |
| ███████ | █ | ██████ | █████ |
| ███████ | █ | ██████ | █████ |
| ███████ | █ | ██████ | █████ |
| ███████ | █ | ██████ | █████ |
| ███████ | █ | ██████ | ████ |
| ███████ | █ | ██████ | ████ |

CONFIDENTIAL
INFORMATION REDACTED

| Entry Summary Number | Entry Summary Line Number | Line Tariff Goods Value Amount | Line Tariff Duty Amount |
|---|---|---|---|
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ██ | ██ |
| ███ | █ | ██ | ███ |
| ███ | █ | ██ | ███ |
| ███ | █ | ██ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ██ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ██ | ███ |
| ███ | █ | ██ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ██ | ███ |
| ███ | █ | ██ | ███ |
| ███ | █ | ██ | ██ |
| ███ | █ | ██ | ██ |
| ███ | █ | ██ | ██ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |

CONFIDENTIAL
INFORMATION REDACTED

| Entry Summary Number | Entry Summary Line Number | Line Tariff Goods Value Amount | Line Tariff Duty Amount |
|---|---|---|---|
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ████ |
| ██████ | █ | ███ | ███ |
| ██████ | █ | ███ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ███ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ███ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ███ | ██ |
| ██████ | █ | ███ | ██ |
| ██████ | █ | ███ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ████ | ███ |
| ██████ | █ | ██ | ███ |
| | | | |

CONFIDENTIAL
INFORMATION REDACTED

| Entry Summary Number | Entry Summary Line Number | Line Tariff Goods Value Amount | Line Tariff Duty Amount |
|---|---|---|---|
| ███████ | ███████ | ██████ | ██████ |
|  |  |  |  |

████████████████████████████████     ██████████

# PUBLIC ATTACHMENT B

CONFIDENTIAL
INFORMATION REDACTED

**Attachment B**



| Entry Summary Number |
| --- |
| |
| |
| |
| |
| |
| |